UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KELLYS YOSSANY REVERON CORNEJO,** | § § § § § | |
| Petitioner, | § § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-5326 |
| **WARDEN MARTIN FRINK,** | § § § § | |
| Respondent. | § | |

## ORDER

On November 6, 2025, Kellys Yossany Reveron Cornejo ("Petitioner"), who is in immigration custody, filed a Petition requesting habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1). On November 7, the Court issued a notice of deficient pleading. (ECF No. 5). The notice instructed Petitioner to pay the $5.00 filing fee or provide an application to proceed in forma pauperis within 30 days. (*Id.*). The notice expressly warned Petitioner that this case could be dismissed for want of prosecution under Federal Rule of Civil Procedure ("Rule") 41(b) for failure to comply as directed. (*Id.*). To date, Petitioner has not responded to the Court's notice and has not otherwise attempted to comply.

Rule 41(b) allows a court to dismiss an action *sua sponte* for failure to prosecute or for failure to comply with the federal rules or any court order.

*Larson v. Scott,* 157 F.3d 1030, 1031 (5th Cir.1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.,* 756 F.2d 399, 401 (5th Cir.1985) (citing *Link v. Wabash R.R. Co.,* 370 U.S. 626 (1962)).

Petitioner has been given ample opportunity to pay the filing fee or submit a request to proceed in forma pauperis. However, Petitioner has failed to follow the Court's notice. Therefore, the Court orders Petitioner to pay the $5.00 filing fee or provide an application to proceed in forma pauperis within 21 days, i.e., by **January 9, 2026**. The Court warns Petitioner that the Court may recommend dismissal if Petitioner fails to comply as directed.

It is SO **ORDERED**.

**SIGNED** in Houston, Texas on December 19, 2025.

Richard W. Bennett
United States Magistrate Judge